**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jason T. Stoyanoff
Erica D. Stoyanoff**
   Debtor(s)

Bankruptcy Case No.: 12−26186−GLT

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

   Natalie Lutz Cardiello is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: June 7, 2017

Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jason T. Stoyanoff  
Erica D. Stoyanoff  
     Debtors

Case No. 12-26186-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 1      Date Rcvd: Jun 07, 2017  
                      Form ID: 129      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2017.  
db/jdb      +Jason T. Stoyanoff,   Erica D. Stoyanoff,   4717 Gardenville Road,   Pittsburgh, PA 15236-2461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2017 at the address(es) listed below:  
      James Warmbrodt   on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com  
      Jeffrey R. Hunt   on behalf of Creditor   Borough of Baldwin jhunt@grblaw.com, cnoroski@grblaw.com  
      Jeremy J. Kobeski   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AS SERVICER FOR THE MORTGEGEE OF RECORD pawb@fedphe.com  
      Matthew M. Herron   on behalf of Debtor Jason T. Stoyanoff mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
      Matthew M. Herron   on behalf of Attorney   The Debt Doctors, LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
      Matthew M. Herron   on behalf of Plaintiff Jason T. Stoyanoff mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
      Matthew M. Herron   on behalf of Joint Debtor Erica D. Stoyanoff mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
      Matthew M. Herron   on behalf of Attorney   The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com,   hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
      Matthew M. Herron   on behalf of Plaintiff Erica D. Stoyanoff mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
      Natalie Lutz Cardiello   ncardiello@comcast.net,   ncardiello@ecf.epiqsystems.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
      Stephen J. Hanak   on behalf of Plaintiff Erica D. Stoyanoff sjh@thedebtdoctors.com, hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com  
      Stephen J. Hanak   on behalf of Joint Debtor Erica D. Stoyanoff sjh@thedebtdoctors.com, hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com  
      Stephen J. Hanak   on behalf of Debtor Jason T. Stoyanoff sjh@thedebtdoctors.com, hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com  
      Stephen J. Hanak   on behalf of Plaintiff Jason T. Stoyanoff sjh@thedebtdoctors.com, hgs@thedebtdoctors.com;sls@legalhelpers.com;ssmith@maceybankruptcylaw.com  
      William E. Craig   on behalf of Creditor   JPMorgan Chase Bank, N.A. mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
      TOTAL: 17